✎GAM 35  
(Rev. 2/06)

**Report and Order Terminating Supervised Release**
**Prior to Original Expiration Date**

# UNITED STATES DISTRICT COURT

FOR THE

MIDDLE DISTRICT OF GEORGIA

| | |
|---|---|
| UNITED STATES OF AMERICA | |
| v. | Crim. No.   5:18-CR-00011-001  (MTT) |
| ANNA MARIA LOPEZ-VAZQUEZ | |

Anna Maria Lopez-Vazquez has complied with the rules and regulations of supervised release, has met the criteria for early termination as outlined in the Guide; Volume 8, Part E (Post-Conviction Supervision); Chapter 3, as approved by the Administrative Office of the United States Courts, and is no longer in need of supervision. It is accordingly recommended that Lopez-Vazquez be discharged from supervision.

Respectfully submitted,

*/s/ William J. Lee*

William J. Lee
U.S. Probation Officer

## ORDER OF COURT

Pursuant to the above report, it is ordered that the supervised releasee be discharged from supervision and that the proceedings in the case be terminated.

Dated this    12th    day of          June         , 2025.

S/ Marc T. Treadwell

MARC T. TREADWELL
U.S. DISTRICT JUDGE